IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01CV308

| | |
|---|---|
| RICHARD M. MITCHELL )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRAD LORING GREENBURG, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____) | ORDER |

This matter is before the court upon its own motion. The court is informed that this case has been settled in the bankruptcy court and closed on March 11, 2005. Accordingly, the court directs the Clerk's Office to close this case.

IT IS SO ORDERED.

**Signed: September 19, 2005**

Graham C. Mullen
Chief United States District Judge